FILED

JUN 2 6 2012

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                           )
MAURICE CEASAR,                            )
                                           )
                 Plaintiff,                )
                                           )
        v.                                 )       Civil Action No. 12-758
                                           )
THE CARNEGIE INSTITUTE, et al.,            )
                                           )
                 Defendants.               )
                                           )
```

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and

his *pro se* complaint. The Court will grant the application and dismiss the complaint.

Federal district courts have jurisdiction in civil actions arising under the Constitution,

laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts

have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit

is between citizens of different states. *See* 28 U.S.C. § 1332(a). Plaintiff purports to bring a civil

rights claim against a private entity, and thus fails to present a federal question under 42 U.S.C. §

1983 because this provision applies only to "person[ s] who [act], under color of any statute,

ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."

*Id.* Because all the parties are in the District of Columbia, plaintiff fails to establish diversity

jurisdiction. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

An Order accompanies this Memorandum Opinion.

DATE: 6/14/12

_____
United States District Judge